

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-26-00084-CV

**IN RE RICKYE BERNARD HENDERSON, SR., RELATOR**

ORIGINAL PROCEEDING

February 10, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Rickye Bernard Henderson, Sr., Relator, filed documents with this Court seeking a writ of mandamus directing the judge of the 353rd District Court of Travis County to vacate certain orders and judgments issued against him. As we are without authority to issue a mandamus against the respondent, we dismiss the petition for want of jurisdiction.

A court of appeals may issue writs of mandamus against a judge of a district or county court in its geographic district and may issue writs necessary to enforce its jurisdiction. TEX. GOV'T. CODE § 22.221(a), (b). Here, Henderson has directed his mandamus petition against a judge presiding over a district court which is not located within the geographic district for the Seventh Court of Appeals. *See* TEX. GOV'T. CODE

§ 22.201 (d) (designating Travis County within the Third Court of Appeals District), (h) (identifying the counties composing the Seventh Court of Appeals District). Accordingly, we are without authority to issue a writ of mandamus against a judge of the 353rd District Court unless the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T. CODE § 22.221(a). Henderson has not demonstrated that our jurisdiction is implicated here.

Therefore, we dismiss Henderson's petition for writ of mandamus for want of jurisdiction.

Per Curiam